In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00236-CV
_____

IN THE INTEREST OF J.B.B.

On Appeal from the 317th District Court
Jefferson County, Texas
Trial Cause No. C-217,543

## MEMORANDUM OPINION

The appellants, Reginald Stevenson and Diane Stevenson, filed a motion to dismiss this appeal. The motion is voluntarily made by appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Opinion Delivered June 13, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.

1